UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRANDON LUCAS,

            Plaintiff,

v.

SHAWN EICHAS, ELIUD RODRIGUEZ, "JOHN DOE POLICE OFFICERS 1-50", TODD BAXTER, BRANDON GULISANO, and "RICHARD ROE SHERIFF'S DEPUTIES 1-20"

            Defendants.

STIPULATION OF DISCONTINUANCE

22-cv-06463-CJS

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for SHAWN EICHAS, ELIUD RODRIGUEZ, only in the above entitled action, pursuant to the Federal Rules of Civil Procedure Rule §41(a)(ii) that the above entitled action be, and the same hereby is dismissed, with prejudice, against SHAWN EICHAS & ELIUD RODRIGUEZ and "John Doe Police Officers 1 -50" only, without costs to either party as against the other.

    The action shall continue against the remaining parties. This Stipulation will be filed by the City Defendants without further notice with the Clerk of the Court.

DATED: 3/14/2024

*Elliot Shields*
ROTH & ROTH, LLP
Elliot Shields, Esq., Of Counsel
*Attorneys for Plaintiff*
192 Lexington Avenue, Suite 802
New York, NY  10016

*Pat Naylon*
Patrick Beath, Corporation Counsel
Patrick B. Naylon Esq., Of Counsel
*Attorney for Defendants*
30 Church Street, Room 400A
Rochester, New York 14614

Robert John "Bo" Shoemaker
Monroe County Law Department
Attorneys for Todd Baxter & Brandon Gulisano
39 West Main St.
Rochester, N.Y. 14614